IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC. AND THOMAS J. SHAW | § § § | |
| PLAINTIFFS | § § § | |
| vs. | § § | Civil Action No. 2:08CV16 Folsom (Jury) |
| BECTON, DICKINSON AND COMPANY | § § | |
| DEFENDANT | § § | |

### CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I, W. David Carter, in compliance with Local Rule CV 5(a)(7)(A), certify that Becton, Dickinson and Company's Motion to File Documents Under Seal (Dkt. No. 16) has been filed in this cause on August 9, 2010.

August 9, 2010

Respectfully submitted,

MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile

*/s/ W. David Carter*
Lead Attorney, TSB No. 03932780

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
(713) 951-3700 - Telephone
(713) 951-3720 - Facsimile

                                                    PAUL, WEISS, RIFKIND, WHARTON &
                                                        GARRISON, L.L.P.
                                                    1285 Avenue of the Americas
                                                    New York, New York 10019
                                                    (212) 373-3183 - Telephone
                                                    (212) 757-3990 - Facsimile

                                                    ATTORNEYS FOR DEFENDANT
                                                    BECTON, DICKINSON AND COMPANY

## CERTIFICATE OF SERVICE

      I, W. David Carter, certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). In compliance with FRCP 5(d) and Local Rule CV-5(e), counsel of record was also served with a true and correct copy of the foregoing document via e-mail, facsimile or U.S. Mail on this 9th day of August, 2010.

                                                                        /s/ *W. David Carter*