**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RETRACTABLE TECHNOLOGIES, INC. AND THOMAS J. SHAW,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>BECTON, DICKINSON AND COMPANY,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 2:08-cv-16-DF<br>Judge David Folsom<br><br>(Jury Trial) |

**DEFENDANT BECTON, DICKINSON AND COMPANY'S
<u>NOTICE OF DESIGNATION OF EXPERT WITNESSES</u>**

Pursuant to Local Rule CV-26(c), Defendant Becton, Dickinson and Company hereby notifies the Court that Plaintiffs' counsel has been served with the disclosures required under Federal Rule of Civil Procedure 26(a)(2) on December 5, 2011.

Dated:  December 5, 2011

By:  */s/ Jacqueline P. Rubin*

Robert A. Atkins (admitted *pro hac vice*)
Jacqueline P. Rubin (admitted *pro hac vice*)
William B. Michael (admitted *pro hac vice*)

Of Counsel:

| | |
|---|---|
| BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 McKinney, Suite 4500<br>Houston, Texas  77010-2010<br>Telephone: (713) 951-6225<br>Facsimile:  (713) 951-3720 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, New York  10019-6064<br>Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990<br>E-mail: jrubin@paulweiss.com |

McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
P.O. Box 0
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile:  (214) 978-4044

MERCY, CARTER, TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas  75503
Telephone: (903) 794-9419
Facsimile:  (903) 794-1268

*Attorneys for Defendant*
*Becton, Dickinson and Company*

## CERTIFICATE OF SERVICE

I, Jacqueline P. Rubin, certify that the foregoing was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  In compliance with Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), counsel of record was also served with a true and correct copy of the foregoing document via e-mail on this 5th day of December, 2011.

                                    */s/ Jacqueline P. Rubin*
                                    Jacqueline P. Rubin