IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RETRACTABLE TECHNOLOGIES, INC., et al., §§§§§§§§§§§§ | |
| *Plaintiffs,* | |
| v. | Case No. 2:08-CV-16 |
| BECTON, DICKINSON AND CO., | |
| *Defendant.* | |

## ORDER

Before the Court is Defendant Becton, Dickinson and Company's Rule 12(c) Motion for Judgment on the Pleadings Against Plaintiff Thomas J. Shaw (Doc. No. 171). On February 25, 2013, the Magistrate Judge filed a Report and Recommendation, which recommends denying BD's motion (Doc. No. 343). No objections have been filed.

The Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. BD's Rule 12(c) Motion for Judgment on the Pleadings Against Plaintiff Thomas J. Shaw (Doc. No. 171) is **DENIED** for the reasons stated therein.

    It is SO ORDERED.

    SIGNED this 26th day of March, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE