**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **RETRACTABLE TECHNOLOGIES, INC., et al.,** § § § | |
| Plaintiffs, § § | |
| § | **CASE NO. 2:08-CV-16** |
| vs. § | **PATENT CASE** |
| § § § | |
| **BECTON DICKINSON AND CO.,** § § | |
| Defendant. | |

## ORDER

Before the Court is Becton Dickinson and Co.'s ("BD") Motion to Seal Certain Trial Exhibits (Docket No. 585). The Court hereby **SETS** the motion **for hearing on December 12, 2013 at 9:30 a.m.** The Court further **ORDERS** the parties to meet and confer in good faith to resolve this issue prior to the hearing. The parties are **ORDERED** to file a status report regarding BD's Motion to Seal by **noon on December 11, 2013.**

**So ORDERED and SIGNED this 9th day of December, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**