**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **RETRACTABLE TECHNOLOGIES, INC., et al.,** § § § | |
| Plaintiffs, § § | |
| § | **CASE NO. 2:08-CV-16** |
| vs. § | **PATENT CASE** |
| § § § | |
| **BECTON DICKINSON AND CO.,** § § | |
| Defendant. | |

## ORDER

Before the Court is a Motion to Continue the Hearing (Docket No. 637).  Both parties have made various inconsistent representations to the Court regarding this Motion.  In light of the conflicting statements to the Court, the Defendant, Becton Dickinson, is **ORDERED** to file a revised Motion to Continue **by 7:30 p.m. December 9, 2013**.  Further, the Plaintiff, Retractable Technologies, Inc., is **ORDERED** to file a response at least resolving any inconsistencies **by 11:00 p.m. December 9, 2013**.

So ORDERED and SIGNED this 9th day of December, 2013.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**