IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC. AND THOMAS J. SHAW, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:08-cv-16 |
| v. | § § | **JURY TRIAL DEMANDED** |
| BECTON, DICKINSON AND COMPANY, | § § | |
| Defendant. | § | |

**ORDER**

IT IS ORDERED that Defendant Becton, Dickinson and Company's ("BD") Revised Motion to Continue Hearings on Post-Trial Motions is GRANTED. Accordingly, the Court sets all post-verdict motions, including BD's Motion to Seal Certain Trial Exhibits, for hearing on January 13, 2014 at 9:30 a.m. The parties are further ordered to file a status report regarding BD's Motion to Seal by noon on January 10, 2014.

**So ORDERED and SIGNED this 10th day of December, 2013.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1