**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RETRACTABLE TECHNOLOGIES, INC. AND THOMAS SHAW,<br><br>        Plaintiffs,<br><br>-against-<br><br>BECTON, DICKINSON AND COMPANY,<br><br>        Defendant. | Civil Action No. 2:08-cv-16-LED-RSP<br><br>(Jury Trial) |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
REBECCA E. BANEMAN AS COUNSEL FOR DEFENDANT**

TO THE HONORABLE JUDGE OF SAID COURT:

      Defendant Becton, Dickinson and Company ("BD") respectfully moves the Court, pursuant to Local Rule CV-11(d), for leave to withdraw Rebecca E. Baneman as an attorney of record for Defendant in the above-styled and numbered cause. Rebecca E. Baneman is leaving the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP ("Paul, Weiss"). All other counsel of record from Paul, Weiss, will continue to represent Defendant in this matter, as will the law firms of McKool Smith, P.C., Beck Redden, L.L.P., and Mercy Carter Tidwell, L.L.P.

      WHEREFORE, PREMISES CONSIDERED, Defendant Becton, Dickinson and Company respectfully moves the Court to grant this Motion for Leave to Withdraw Rebecca E. Baneman as Counsel for Defendant.

Dated:  February 19, 2014

Respectfully submitted,

/s/ Robert A. Atkins
Robert A. Atkins, Lead Attorney
Jacqueline P. Rubin
William B. Michael (admitted *pro hac vice*)

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
E-mail: ratkins@paulweiss.com

MCKOOL SMITH, P.C.
Sam F. Baxter
Texas Bar No. 01938000
104 East Houston, Suite 300
Marshall, TX 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099
E-mail:  sbaxter@mckoolsmith.com

BECK REDDEN L.L.P.
Alistair B. Dawson
Texas Bar No. 05596100
One Houston Center
1221 McKinney, Suite 4500
Houston, Texas  77010-2010
Telephone:  (713) 951-6225
Facsimile:  (713) 951-3720
E-mail:  adawson@brsfirm.com

MERCY, CARTER, TIDWELL, L.L.P.
W. David Carter
Texas Bar No. 03932780
1724 Galleria Oaks Drive
Texarkana, Texas  75503
Telephone:  (903) 794-9419
Facsimile:  (903) 794-1268
E-mail:  wdcarter@texarkanalawyers.com

*Attorneys for Defendant*
*Becton, Dickinson and Company*

## CERTIFICATE OF SERVICE

       I, Robert A. Atkins, certify that the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                             */s/ Robert A. Atkins*

## CERTIFICATE OF CONFERENCE

       In compliance with Local Rule CV-7(h), the undersigned certifies that counsel has complied with the meet and confer requirement and that this motion is unopposed.

                                                             */s/ Robert A. Atkins*