# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC., and THOMAS J. SHAW | § § § § § § § § § § § § | |
| | | Civil Action No. 2:08-CV-16 |
| Plaintiff, | | |
| VS. | | Chief Judge Leonard Davis |
| BECTON, DICKINSON AND COMPANY | | JURY TRIAL |
| Defendant. | | |

### DEFENDANT BECTON, DICKINSON AND COMPANY'S MOTION FOR LEAVE TO FILE ITS BRIEF ADDRESSING SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW [Dkt. No. 589]

Defendant Becton, Dickinson and Company ("BD") respectfully seeks leave to file a short brief addressing the recent decision, *Eisai Inc.* v. *Sanofi-Aventis U.S., LLC*, No. 08-4168 (MLC) (D.N.J. Mar. 28, 2014), in support of its Renewed Motion for Judgment as a Matter of Law, Dkt. No. 589. Good cause supports BD's Motion for Leave, as the *Eisai* decision applies antitrust law that is directly relevant to BD's arguments in its Renewed Motion for Judgment as a Matter of Law.

For the foregoing reasons, BD respectfully seeks leave to file Defendant Becton, Dickinson and Company's Brief Addressing Supplemental Authority in Support of Its Renewed Motion for Judgment as a Matter of Law.

McKool 984472v1

April 17, 2014                                     Respectfully submitted,


                                                /s/ *Samuel F. Baxter*
                                                Samuel F. Baxter
                                                Texas Bar No. 01938000
                                                Robert Elkin
                                                Texas Bar No. 06522600
                                                MCKOOL SMITH, P.C.
                                                104 East Houston, Suite 300
                                                Marshall, Texas  75670
                                                Telephone:  (903) 923-9000
                                                Facsimile:  (903) 923-9099
                                                E-mail:  sbaxter@mckoolsmith.com

                                                PAUL, WEISS, RIFKIND, WHARTON
                                                   & GARRISON LLP
                                                Robert A. Atkins, Lead Attorney
                                                Jacqueline P. Rubin
                                                William B. Michael (admitted pro hac vice)
                                                1285 Avenue of the Americas
                                                New York, New York  10019-6064
                                                Telephone:  (212) 373-3000
                                                Facsimile:  (212) 757-3990
                                                E-mail:  ratkins@paulweiss.com

                                                BECK REDDEN, L.L.P.
                                                Alistair B. Dawson
                                                Texas Bar No. 05596100
                                                Russell S. Post
                                                Texas Bar No. 00797258
                                                1221 McKinney, Suite 4500
                                                Houston, Texas  77010-2010
                                                Telephone:  (713) 951-6225
                                                Facsimile:  (713) 951-3720
                                                E-mail:  adawson@brsfirm.com

                                                ***ATTORNEYS FOR DEFENDANT***
                                                ***BECTON, DICKINSON AND COMPANY***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Becton, Dickinson and Company conferred with counsel for Plaintiff via telephone conference on April 17, 2014.  Counsel for Plaintiff advised that Plaintiff is not opposed to the submission of a copy of the recent authority, but Plaintiff does oppose the submission of commentary in the Brief addressing the application of the recent authority.

/s/ *Robert Elkin*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically in compliance with Local Rule CV-5(a) on April 17, 2014.  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ *Samuel F. Baxter*