IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC. and THOMAS J. SHAW, | § § § | Civil Action No. 2:08-cv-16-LED-RSP |
| Plaintiffs, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| BECTON, DICKINSON & COMPANY, | § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant's Becton, Dickinson and Company's Motion For Leave to File Its Brief Addressing Supplemental Authority in Support of its Renewed Motion For Judgment as a Matter of Law.  After consideration of the motion and the response thereto, the Court acknowledges receipt of the case, but sees no reason for further briefing and thus denies leave for further briefing.