**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **RETRACTABLE** | § | |
| **TECHNOLOGIES, INC., et al.** | § | |
| | § | |
| **v.** | § | **Case No. 2:08-CV-16** |
| | § | |
| **BECTON, DICKINSON AND CO.** | § | |

**ORDER**

Before the Court is Becton, Dickinson and Company's ("BD") Motion for Judgment as a Matter of Law on Retractable Technologies, Inc.'s ("RTI") Antitrust Damage Claims (Docket No. 562), BD's Motion for Judgment as a Matter of Law on Lanham Claims (Docket No. 563), BD's Motion for Judgment as a Matter of Law on All "Contract" Antitrust Claims - the Price/Cost Test (Docket No. 564), BD's Motion for Judgment as a Matter of Law on Antitrust Liability Claims (Docket No. 565), BD's Motion for Judgment as a Matter of Law on Res Judicata And Release (Docket No. 566), RTI's Motion for Judgment as a Matter of Law At the Close of the Evidence (Docket No. 570), RTI's Unopposed Motion to Seal (Docket No. 584), BD's Opposed Motion to Seal (Docket No. 585), the parties' Joint Motion to Continue (Docket No. 637), BD's Unopposed Motion to Withdraw (Docket No. 645), and BD's Motion for Leave to File Supplemental Brief (Docket No. 646).

- The Court hereby **DENIES AS MOOT** the following motions in view of subsequently filed renewed motions for judgment as a matter of law:  Docket No. 562, Docket No. 563, Docket No. 564, Docket No. 565, Docket No. 566, and Docket No. 570.

- The Court hereby **GRANTS** RTI's Unopposed Motion to Seal (Docket No. 584).

- The Court hereby **GRANTS IN PART** BD's Opposed Motion to Seal (Docket No. 585) as to the remaining exhibits in issue, set out on pages 2-5 of the parties' Joint Status Report Regarding BD's Motion to Seal (Docket No. 643).  Further, the parties **SHALL** submit to Chambers a disk containing all of the unsealed exhibits and a disk containing all of the sealed exhibits within 14 days of this Order.

- The Court hereby **DENIES AS MOOT** the parties' Joint Motion to Continue (Docket No. 637).

- The Court hereby **GRANTS** BD's Unopposed Motion to Withdraw (Docket No. 645).

- The Court hereby **GRANTS** BD's Motion for Leave to File Supplemental Brief (Docket No. 646), and further **GRANTS** leave for RTI to file an optional five page response no later than 14 days after the date of this Order.

**So ORDERED and SIGNED this 25th day of July, 2014.**

_____

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**