**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **RETRACTABLE TECHNOLOGIES, INC., and THOMAS SHAW.** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | **Cause No. 2:08-CV-16** |
| **BECTON, DICKINSON AND CO.** | § § | |
| **Defendant.** | § § | |

**ORDER**

The Court is of the opinion that the Parties would benefit from further mediation. Therefore, the Court **ORDERS** the parties to attend mediation before Judge T. John Ward with representatives with full authority to settle by **January 15, 2015**.

**So ORDERED and SIGNED this 10th day of November, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**