# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC., and THOMAS J. SHAW | § § § § § § § § § § § § | |
| | | Civil Action No. 2:08-CV-16 |
| Plaintiff, | | |
| VS. | | Chief Judge Leonard Davis |
| BECTON, DICKINSON AND COMPANY | | JURY TRIAL |
| Defendant. | | |

## DEFENDANT BECTON, DICKINSON AND COMPANY'S UNOPPOSED MOTION FOR AN EXPEDITED RESPONSE SCHEDULE

On November 20, 2014, Defendant Becton, Dickinson and Company ("BD") filed its Emergency Motion Of Defendant Becton, Dickinson And Company For An Extension Of Sixty Days To Comply With Injunction Terms In Order To Facilitate Court-Ordered Mediation ("Emergency Motion").  BD requests that the Court issue an expedited response schedule with respect to the Emergency Motion and address the Emergency Motion on an expedited basis, as the parties will benefit from an expedited resolution of the Emergency Motion.  BD requests that the Court order an expedited response briefing schedule as set forth below:

Retractable Technologies, Inc.'s response due:   Wednesday, November 26, 2014

Retractable Technologies, Inc. does not oppose this briefing schedule for its response brief.

WHEREFORE, BD respectfully requests that the Court grant the expedited briefing schedule as outlined above and in the proposed Order.

November 20, 2014                                  Respectfully submitted,

/s/ *Samuel F. Baxter*
Samuel F. Baxter
Texas Bar No. 01938000
Robert Elkin
Texas Bar No. 06522600
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
E-mail: sbaxter@mckoolsmith.com

PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
Robert A. Atkins, Lead Attorney
Jacqueline P. Rubin
William B. Michael (admitted pro hac vice)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: ratkins@paulweiss.com

BECK REDDEN, L.L.P.
Alistair B. Dawson
Texas Bar No. 05596100
Russell S. Post
Texas Bar No. 00797258
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-6225
Facsimile: (713) 951-3720
E-mail: adawson@brsfirm.com

***ATTORNEYS FOR DEFENDANT***
***BECTON, DICKINSON AND COMPANY***

2

## CERTIFICATE OF CONFERENCE

Counsel for Becton Dickinson and Company communicated with counsel for Retractable Technologies, Inc. on November 20, 2014, regarding the relief sought by this motion. Retractable Technologies, Inc.'s counsel stated that it does not oppose the relief sought in this motion.

/s/ *Samuel F. Baxter*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2014, counsel of record who are deemed to have consented to electronic service are being served with a copy of this pleadings, via electronic mail.

/s/ *Samuel F. Baxter*