**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC., and THOMAS J. SHAW | § § § § § § § § § § § § | |
| Plaintiff, | | Civil Action No. 2:08-CV-16 |
| VS. | | Chief Judge Leonard Davis |
| BECTON, DICKINSON AND COMPANY | | JURY TRIAL |
| Defendant. | | |

**ORDER**

The Court, having considered Becton, Dickinson and Company's Unopposed Motion for An Expedited Response Schedule and finding good cause supporting it, finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Retractable Technologies, Inc. shall file any response in opposition to the Emergency Motion Of Defendant Becton, Dickinson And Company For An Extension Of Sixty Days To Comply With Injunction Terms In Order To Facilitate Court-Ordered Mediation no later than Wednesday, November 26, 2014.

**So ORDERED and SIGNED this 20th day of November, 2014.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**