# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RETRACTABLE TECHNOLOGIES, INC. and THOMAS J. SHAW  §§§§§ Plaintiffs,  § v.  § BECTON DICKINSON AND COMPANY,  §§§§ Defendant. | CIVIL ACTION NO. 2:08-cv-16 |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1), notice is hereby given that Defendant Becton Dickinson and Company appeals to the United States Court of Appeals for the Fifth Circuit from the injunctive relief granted against Becton Dickinson in this Court's Order entered on November 10, 2014 (Dkt. No. 652), as well as any prior opinions or orders subsumed therein that are necessary to the entry of injunctive relief. *See* 12 USC 1292(a)(1).

Dated: December 8, 2014

646.004/553231

Respectfully submitted,

/s/ *Robert A. Atkins*
Robert A. Atkins, Lead Attorney
Jacqueline P. Rubin
William B. Michael (admitted pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: ratkins@paulweiss.com

Samuel F. Baxter
Texas Bar No. 01938000
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
E-mail: sbaxter@mckoolsmith.com

Russell S. Post
Texas Bar No. 00797258
Alistair B. Dawson
Texas Bar No. 05596100
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Telephone: (713) 951-6225
Facsimile: (713) 951-3720
E-mail: rpost@beckredden.com

**ATTORNEYS FOR DEFENDANT
BECTON DICKINSON AND COMPANY**

**CERTIFICATE OF SERVICE**

      I, Russell Post, certify that the foregoing was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on December 8, 2014. Local Rule CV-5(a)(3)(A).

      /s/ *Russell S. Post*
      Russell S. Post