IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC. and THOMAS J. SHAW, | § § | Civil Action No. 2:08-cv-16 |
| Plaintiffs, | § § | Chief Judge Leonard Davis |
| v. | § | JURY TRIAL |
| BECTON, DICKINSON & COMPANY, | | |
| Defendant. | | |

## ORDER

The Court, having considered Becton, Dickinson and Company's Motion for an Expedited Response Schedule and finding good cause supporting it, finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Retractable Technologies, Inc. shall file any response in opposition to the Emergency Motion for Stay of Injunction no later than Tuesday, December 16, 2014.

**So ORDERED and SIGNED this 10th day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**