IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC. AND THOMAS J. SHAW, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:08-cv-16 |
| v. | § § | **JURY TRIAL DEMANDED** |
| BECTON, DICKINSON AND COMPANY, | § § | |
| Defendant. | § | |

## NOTICE OF COMPLETION OF BRIEFING

Defendant Becton, Dickinson and Company hereby provides notice that on December 16, 2014, Plaintiff filed its Response to Defendant Becton Dickinson's Emergency Motion For Stay of Injunction. Defendant Becton Dickinson will not file a reply brief. Therefore, the briefing is complete on BD's Emergency Motion For Stay of Injunction (Dkt. 659).

December 17, 2014

        Respectfully submitted,

        */s/ Sam Baxter*
        Robert A. Atkins
        Jacqueline P. Rubin
        William B. Michael (admitted *pro hac vice*)

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        1285 Avenue of the Americas
        New York, New York 10019-6064
        Telephone: (212) 373-3000
        Facsimile: (212) 757-3990
        E-mail: ratkins@paulweiss.com

        MCKOOL SMITH, P.C.
        Sam F. Baxter
        Texas Bar No. 01938000
        104 East Houston, Suite 300
        Marshall, TX 75670
        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

        BECK, REDDEN & SECREST, L.L.P.
        Alistair B. Dawson
        Texas Bar No. 05596100
        One Houston Center
        1221 McKinney, Suite 4500
        Houston, Texas 77010-2010
        Telephone: (713) 951-6225
        Facsimile: (713) 951-3720

        MERCY, CARTER, TIDWELL, L.L.P.
        W. David Carter
        Texas Bar No. 03932780
        1724 Galleria Oaks Drive
        Texarkana, Texas 75503
        Telephone: (903) 794-9419
        Facsimile: (903) 794-1268
        E-mail: wdcarter@texarkanalawyers.com

        ***Attorneys for Defendant***
        ***Becton, Dickinson and Company***

CERTIFICATE OF SERVICE

      I, Sam Baxter, certify that the foregoing was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on December 17, 2014 on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

      */s/ Sam Baxter*
      Sam Baxter