IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RETRACTABLE TECHNOLOGIES, INC., and THOMAS SHAW. § § § Plaintiffs, § v. § § BECTON, DICKINSON AND CO. § § Defendant. § | Cause No. 2:08-CV-16 |

ORDER

Before the Court is Defendant Becton, Dickinson and Co.'s ("BD") Emergency Motion for an Extension of 60 Days to Comply with the Injunction (Docket No. 654). Having considered the request, the Court **GRANTS-IN-PART** and **DENIES-IN-PART** BD's Emergency Motion for an Extension (Docket No. 654). The Court extends the deadline to comply with the injunction by **30 days**, until **February 14, 2015**.

So ORDERED and SIGNED this 18th day of December, 2014.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**