**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **RETRACTABLE TECHNOLOGIES, INC., et al.** § § § | | |
| **v.** § § | **Case No. 2:08-CV-16** | |
| **BECTON, DICKINSON AND CO.** § | | |

## FINAL JUDGMENT

On January 18, 2008, the Court severed the instant action involving Retractable Technologies, Inc. and Thomas J. Shaw's (collectively, "RTI") suit against Becton Dickinson and Company ("BD"). RTI filed amended complaints on July 23, 2010 (Docket No. 15) and May 13, 2011 (Docket No. 73). The Court conducted a nine-day trial beginning on September 9, 2013. Final judgment is now appropriate because all issues between the parties have been finally resolved by the jury verdict (Docket No. 577) and the Court's post-trial rulings:

- Order denying BD's Renewed Motion for Judgment as a Matter of Law, or Alternatively, for New Trial or Remittitur against RTI (Docket No. 651).

- Order granting-in-part and denying-in-part RTI's Motion to Recover Defendant's Profits, RTI's Motion for Injunctive Relief, and RTI's Motion for Attorneys' Fees (Docket No. 652).

- Order denying RTI's Renewed Motion for Judgment as a Matter of Law for Monopolization of the Safety Syringe Market (Docket No. 665).

- Order granting-in-part and denying-in-part BD's motion for an extension of time to comply with the Court's injunction (Docket No. 667).

- Order granting-in-part and denying-in-part BD's Motion to Stay the Injunction (Docket No. 688).

- Order granting RTI's Motion for Attorneys' Fees Reduced in Accordance with Court Order (Docket No. 689).

Therefore, pursuant to FED. R. CIV. P. 58, consistent with the Court's Orders in this matter and having expressly determined that there is no just cause for delay, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

1. BD attempted to monopolize the safety syringe market.

2. BD committed false advertising under the Lanham Act.

3. RTI recovers from BD $340,524,042.00.

4. RTI recovers from BD its attorneys' fees in the amount of $11,722,823.20.

5. RTI is further awarded pre-judgment interest, post-judgment interest, and costs.

6. The Court **GRANTS** injunctive relief consistent with its prior orders (Docket Nos. 652, 667, 688).

All pending motions not previously resolved are **DENIED**.

**So ORDERED and SIGNED this 15th day of January, 2015.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**