# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| RETRACTABLE TECHNOLOGIES, INC. and THOMAS J. SHAW | § § § | |
| v. | § § | Civil Action No. 2:08-cv-16 Judge Mazzant |
| BECTON, DICKINSON AND COMPANY | § § | On Remand |

## FINAL JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered on this date, it is hereby **CONSIDERED, ORDERED,** and **ADJUDGED** that Plaintiffs take nothing, and this case is **DISMISSED**.

It is further **ORDERED** that all costs shall be borne by the party incurring same.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED.**
SIGNED this 17th day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE