## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

May 08, 2019

Mr. David O'Toole
Eastern District of Texas, Marshall
United States District Court
100 E. Houston Street
Room 125
Marshall, TX 75670-0000

    No. 17-40960    Retractable Technologies, Inc., et al v.
                         Becton Dickinson & Company
                         USDC No. 2:08-CV-16

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Christina A. Gardner, Deputy Clerk
                                        504-310-7684

cc:    Mr. Robert A. Atkins
       Mr. Robert David Daniel
       Mr. Alistair Byrne Dawson
       Mr. Roy W. Hardin
       Mr. William B. Michael
       Mr. Russell S. Post
       Ms. Jacqueline P. Rubin
       Mr. Paul Featherstone Schuster
       Ms. Cynthia Keely Timms
       Mr. Stephen David Wilson